# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 12/30/05 | 1/5/06  11:45 AM | VEHICLE - No one present |

**INVENTORY MADE IN THE PRESENCE OF**  No one present.

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

SEE ATTACHED INVENTORY

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_Cynthia Paige_ [signature]

**FILED**
JAN 0 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_[signature]_    1/9/06
U.S. Judge or U.S. Magistrate Judge    Date

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

Page 1 of 1

On (date) January 5, 2006

Time: 1:35 pm

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) (No one present)

(Street Address) Red Expedition, Maryland Tag M933914

(City)

**Description of Item(s):**

Qty 290 - DVDs and inserts, "Get Rich or Die Tryin'"; Qty 1 - SAMSUNG Cell Phone; Qty 1 - Ericsson Cell Phone; Qty 78 DVDs (loose); Qty 40 DVDs with "Get Rich or Die Tryin'" inserts; Qty 1 - Catalog of products; Qty 1 - empty black DVD case; Qty 1 - Nationals hat; Qty 1 - Receipt with handwritten movie titles on reverse; Qty 1 - Unmarked DVD-R and "Ray" insert; Qty 1 - Business Card; Listing of Dollar Stores; Qty 1 - CD-R labeled "Cecilia Romanticas"; Qty 8 - Movie DVD inserts; Port Authority Receipt; Maryland Transportation Receipt; Staples Reward Card; BOA Cashiers Check Receipt for Ping Chen; Receipt Book; Copy Controller Manual; Port Authority Receipt; Qty 2 - DVD inserts

Received by: [signature] FBI WFO

Received from: RED FORD EXPEDITION - NO ONE PRESENT

AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**UNDER SEAL**

**FORD EXPEDITION**
**MD LICENSE NUMBER, M933914**
**VIN - 1FMPU14W04LB60855**

**SEARCH WARRANT**

CASE NUMBER: 05 - 680M-01

TO: __Cynthia Paige Pinson__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent with the Federal Bureau of Investigation__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

Ford Expedition, MD License Number, M933914, VIN - 1FMPU14W04LB60855. (as further described in "Attachment A")

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)
(as further described in "Attachment B")

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___Jany 10, 2006___
(Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

DEC 3 0 2005      at Washington, D.C.
Date and Time Issued

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer      Signature of Judicial Officer